# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158754(33)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PINNACLE GREENBRIAR, LLC, PINNACLE
NOVI, LLC, PINNACLE ORION, LLC,
PINNACLE ROCHESTER, LLC, PINNACLE
RED RUN DEVELOPMENT, LLC, PINNACLE
BOGIE LAKE, LLC, PINNACLE BIRKDALE
POINT, LLC, PINNACLE KIRKWAY, LLC, and
BIRKDALE POINT INVESTORS, LLC,
           Petitioners-Appellants,

v

DEPARTMENT OF TREASURY,
           Respondent-Appellee.
_____/

SC: 158574
COA: 340646
Tax Tribunal: 15-006908-TT

On order of the Chief Justice, the motion of the Michigan Realtors and the Home Builders Association of Michigan to participate as amicus curiae and to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 16, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2019



Clerk